STERN et al., Respondents, v. CARL LAEMMLE MUSIC CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Joseph W. Stern and another against the Carl Laemmle Music Company. W. G. Morse, of New York City, for appellant. T. B. Richter, of New York City, for respondents.

PER CURIAM. Judgment (74 Misc. Rep. 262, 133 N. Y. Supp. 1082) affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

———

STEWART, Respondent, v. F. W. WOOLWORTH CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Susie T. Stewart against the F. .W. Woolworth Company and another.

PER CURIAM. While it will be competent for the plaintiff to .prove the fact stated in the seventh subdivision of the complaint, upon the trial, it is improper to plead the evidence. The allegation is unnecessary and redundant, and the order must be reversed, with $10 costs and disbursements, and the motion granted, with costs.

———

STONE, Respondent, v. LE SEUR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Thomas R. Stone, as receiver, etc., against John W. Le Seur and others. No opinion. Order affirmed, with $10 costs and disbursements.

———

SUBURBAN LAND IMPROVEMENT CO., Respondent, v. BANKERS' SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Suburban Land Improvement Company against the Bankers' Surety Company, impleaded with others. E. J. Dowling, of New York City, for appellant. G. S. Daniels, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

SURPLUS ASSETS CO., Respondent, v. LANE, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Surplus Assets Company against Frank A. Lane. B. R. Duncan, of Brooklyn, for appellant. F. E. Neagle, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

SWAN, Respondent, v. WOODCOCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by .William H. L. Swan against Milo E. Woodcock and another.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 149 App. Div. 937, 134 N. Y. Supp. 1147.

LAMBERT, J., not sitting.

SYLVESTER, Respondent, v. MULLEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by John A. Sylvester against Henry J. Mullen and another.

PER CURIAM. Order unanimously affirmed, with costs. As to the refusal of the learned trial justice to impose costs as a condition of granting a new trial, see Post v. Kerwin, 150 App. Div. 321, 134 N. Y. Supp. 714.

———

TAGGARTS PAPER CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by the Taggarts Paper Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

———

TAGLIAVIA, Appellant, v. MEIKLEHAM et al., Respondents. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Frederick T. Tagliavia against T. M. Randolph Meikleham and another. J. B. Shope, of New York City, for appellant. G. Whittlesey, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1145.

———

TELLER, Appellant, v. KUNZ et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by George R. Teller against William Kunz and others. No opinion. Judgment affirmed, with costs.

———

TERHUNE, Respondent, v. TERHUNE, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Anna L. Terhune against Clarence H. Terhune. Ehrich & Wheeler, of New York City, for appellant. D. C. Hirsch, of New York City, for respondent. No opinion. Judgment affirmed with costs. Order filed.

———

TERRAGNI et al., Respondents, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Giovanni Terragni and another against the Illinois Surety Company. N. L. Keach, of New York City, for appellant. M. Schneiderman, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

———

TERWILLIGER, Respondent, v. BROWNING, KING & CO:, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Frank W. Terwilliger against Browning,. King & Co., a corporation. No opinion. Motion for leave to appeal to Court of Appeals (from 152 App. Div. 552, 137 N. Y. Supp. 572) granted, and question certified as follows: Does the complaint